

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00822-CV

**WILLIAMSBURG CARE COMPANY L.P.** d/b/a Princeton Place Rehabilitation and Healthcare,
Appellant

v.

Sylvia **SOTO**, Individually and as Representative of the Estate of Narcisa Dimas, Deceased, Ruby Buentello, Individually and as Representative of the Estate of Manuel Riojas Munoz, Deceased, and Adela Barboza, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05792
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On February 14, 2014, appellees filed a response to the motion to abate, which was filed by appellant on February 6, 2014. Appellant is ORDERED to file a reply to appellees' response no later than February 26, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

_____
Keith E. Hottle
Clerk of Court